**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.:  12-cv-915 TNL**

---

Brian F. Hupperts, on behalf of himself
and all others similarly situated,

               Plaintiff,

v.

APOGEE Retail, LLC d/b/a Unique
Thrift Store, Valu Thrift Store, Unique,
and Value Village; Apogee Retail NY
LLC d/b/a Unique and Unique Thrift
Store; and  Apogee NY, LLC d/b/a
Unique Thrift Store, Value Village and
Unique,

               Defendants.

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR ATTORNEY'S FEES & COSTS**

---

       Plaintiff hereby moves the Court for an award for attorney's fees and costs in connection with the above-entitled class action in an amount of $125,000.  Plaintiff's Memorandum and evidence in support of Plaintiff's Motion shall be filed contemporaneously herewith.

Dated this 16th day of September, 2013.

               By:    s/Thomas J. Lyons, Jr.
               **CONSUMER JUSTICE CENTER, P.A.**
               Thomas J. Lyons, Jr., Esq.
               Attorney I.D. #249646
               367 Commerce Court
               Vadnais Heights, MN  55127
               Telephone:  (651) 770-9707
               Facsimile:  (651) 704-0907

1

tommycjc@aol.com

**ATTORNEY FOR PLAINTIFF
AND THE CLASS**